UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-MJ-1053

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| JASON KEITH ALSTON | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the above-entitled complaint for the reason that the subject has been arrested and has been turned over to local authorities.

This the 9th day of July, 2013.

THOMAS G. WALKER
United States Attorney

/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Ave. Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
NC State Bar No. 16360

Leave for filing of the foregoing
dismissal hereby is granted this
14 day of July, 2013.

JAMES C. DEVER, III
Chief, United States District Judge